JAMES HOROWITZ, PROSECUTOR-RESPONDENT, v. CIVIL
SERVICE COMMISSION OF NEW JERSEY AND SIDNEY
M. REINHART, RESPONDENTS-APPELLANTS.

JAMES HOROWITZ, RELATOR-RESPONDENT, v. CIVIL SER-
VICE COMMISSION OF NEW JERSEY, RESPONDENT-
APPELLANT.

Submitted February 16, 1934—Decided April 12, 1934.

For the appellant Sidney M. Reinhart, *Durand, Ivins &
Carton.*

For the appellant Civil Service Commission, *William A.
Stevens.*

For the respondent James Horowitz, *Merritt Lane.*

PER CURIAM.

The judgments in these cases are affirmed, for the reasons
set forth in the *per curiam* opinion filed in the Supreme
Court, with the qualification that the act justifying the re-
jection of Reinhart was not chapter 298 of the laws of 1920,
but chapter 52 of the laws of 1922, page 98, as amended by
chapter 349 of the laws of 1929, page 784.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TREN-
CHARD, PARKER, LLOYD, HEHER, PERSKIE, VAN BUSKIRK,
KAYS, HETFIELD, DEAR, WELLS, DILL, JJ. 13.

*For reversal*—None.